IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FLORA A. BARKER, et al.,

    Plaintiffs,

v.

INTERNATIONAL FLAVORS
AND FRAGRANCES, INC., and
BUSH BOAKE ALLEN, INC.,

    Defendants.                          Case No. 10-cv-48-DRH

## ORDER

**HERNDON, Chief Judge:**

       This matter comes before the Court for case management purposes, in particular to remind Defendants of their obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by each filing a corporate disclosure statement. Thus, the Court **ORDERS** Defendants to file their disclosure statements on or before **May 10, 2010**.

       **IT IS SO ORDERED.**

       Signed this 22nd day of April, 2010.

                                          /s/    David R. Herndon
                                          **Chief Judge**
                                          **United States District Court**