IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FLORA A. BARKER and her husband
RODNEY BARKER; CATHY LYNCH,
Individually, and as Executrix of the Estate
of her late husband, JIMMIE LYNCH; ROY
LYNCH and his wife JOYCE LYNCH; and
GINGER WILLIAMS and her husband
ROBERT WILLIAMS,

    Plaintiff,

v.                                  No. 10-cv-00048-DRH

INTERNATIONAL FLAVORS &
FRAGRANCES, INC., et al.,,

    Defendants.

### ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 93). The Court hereby acknowledges the stipulation and finds that all of plaintiffs' claims plead in the complaint against defendants are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

Signed this 14th day of November, 2011.

Digitally signed by
David R. Herndon
Date: 2011.11.14
12:09:59 -06'00'

**Chief Judge**
**United States District Court**