IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FLORA A. BARKER and her husband
RODNEY BARKER; CATHY LYNCH,
Individually, and as Executrix of the Estate
of her late husband, JIMMIE LYNCH; ROY
LYNCH and his wife JOYCE LYNCH; and
GINGER WILLIAMS and her husband
ROBERT WILLIAMS,

    Plaintiff,

v.

INTERNATIONAL FLAVORS &
FRAGRANCES, INC., et al.,

    Defendants.                      No. 10-CV-0048-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 14, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs and fees.

                      NANCY J. ROSENSTENGEL,
                      CLERK OF COURT

                      BY:    /s/*Sandy Pannier*
                              **Deputy Clerk**

Dated: November 14, 2011

Digitally signed by David R. Herndon
Date: 2011.11.14 15:11:37 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT